UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>GRAND PRIX MOUNTAIN VIEW LLC, et al.,<br><br>                Defendants. | Case No. 19-cv-00059-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The Court having been informed that the parties have settled this dispute, all previously scheduled deadlines and appearances are VACATED.

On or before **January 14, 2020**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendants have not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because defendants have filed answers to the complaint, plaintiff must file a stipulated dismissal pursuant to Rule 41(a)(1)(ii).

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **January 28, 2020 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **January 21, 2020** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be

automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: November 15, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge